MICHAEL J. HURLEY  SBN: 153174
Law Offices of Moga & Hurley
9121 Haven Avenue, Suite 210
Rancho Cucamonga, CA 91730
Telephone:  (909) 948-7282
Facsimile:   (909) 948-7292
E-Mail:       Mogahurley@aol.com

Attorney for Plaintiff:
MICHAEL JAMES MILLER

# UNITED STATES DICTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| MICHAEL JAMES MILLER, <br><br>           Plaintiff, <br><br> vs. <br><br> MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY <br><br>           Defendants. | No.  EDCV – 09-2129 FFM <br><br> (~~PROPOSED~~) ORDER AWARDING EAJA ATTORNEY FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of Four Thousand Six Hundred Fifty Dollars ($4,650.00) subject to the terms of the stipulation.

Dated: March 14, 2011              /S/ FREDERICK F. MUMM
                                   FREDERICK F. MUMM
                                   United States Magistrate Judge

ORDER FOR EAJA FEES